IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV521

| | |
|---|---|
| FRS, INC., a North Carolina Corporation, NAGIM, INC., and DISASTER RENTAL AND SUPPLY, LLC,<br>　　　　　　Plaintiffs,<br>v.<br><br>CARIM, LLC, a South Carolina Limited Liability Company, RONALD M. COX, FIRST RESTORATION SERVICES, LLC, a South Carolina Limited Liability Company, and FIRST RESTORATION SERVICES OF CHARLESTON, LLC, a South Carolina Limited Liability Company,<br>　　　　　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Having revieiwed the docket in this case, it appears to the Court that the parties have failed to file a Certification and Report of Initial Attorneys' Conference as required by Local Rule 16.1(A).

**IT IS THEREFORE ORDERED** that the parties file a Certificate of Initial Attorney's Conference within twenty (20) days from the date of this order.

IT IS SO ORDERED.

Signed: March 19, 2007

Graham C. Mullen
United States District Judge