IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV521**

| | |
|---|---|
| FRS, INC., a North Carolina Corporation, NAGIM, INC., and DISASTER RENTAL AND SUPLY, LLC, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RONALD M. COX, )<br>)<br>Defendant. )<br>) | **ORDER** |

THIS MATTER is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. The parties are directed to appear for this conference on **Wednesday, May 2, 2007, at 10:30 a.m.**

IT IS SO ORDERED.

Signed: April 12, 2007

Graham C. Mullen
United States District Judge