IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CV521**

| | | |
|---|---|---|
| FRS, INC., a North Carolina Corporation, NAGIM, INC., and DISASTER RENTAL AND SUPPLY, LLC, | ) ) ) ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) ) | |
| RONALD M. COX, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court on its own motion. The Pretrial Order and Case Management Plan (Docket #28) is hereby rescinded.

IT IS SO ORDERED.

Signed: May 4, 2007

Graham C. Mullen
United States District Judge