IN THE UNTED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:05cv521

| | |
|---|---|
| FRS, Inc., a North Carolina Corporation, NAGIM, Inc., and Disaster Rental and Supply, LLC<br><br>Plaintiffs<br><br>v.<br><br>Ronald M. Cox<br><br>Defendant. | ORDER EXTENDING TIME TO RESPOND TO DEFENDANT COX'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS |

Based on the foregoing Motion, and having shown good cause, it is so ordered that Plaintiffs FRS, Inc., a North Carolina Corporation, NAGIM, Inc., and Disaster Rental and Supply, LLC's Motion for Extension of Time to Respond to Defendant Cox's Interrogatories and Requests for Production of Documents is GRANTED, and that Plaintiffs shall have an additional thirty (30) days, until and including the 15th day of January 2008 within which to respond to Defendant Cox's Interrogatories and Requests for Production of Documents.

Signed: December 7, 2007

Graham C. Mullen
United States District Judge