UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CV-521-GCM

| | |
|---|---|
| FRS, Inc., a North Carolina Corporation, ) | |
| NAGIM, INC., and ) | |
| DISASTER RENTAL AND SUPPLY, LLC, ) | |
|                         Plaintiff, ) | |
|    v. ) | |
| ) | **ORDER** |
| CARIM, LLC, ) | |
|                         Defendants. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, August 18, 2008, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: June 24, 2008

Graham C. Mullen
United States District Judge