# United States District Court
# For The Western District of North Carolina
# Charlotte Division

FRS, Inc.,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                            3:05-CV-521

Ronald M. Cox,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/19/2008 Jury Verdict.

                                            Signed: August 20, 2008

                                            Frank G. Johns, Clerk
                                            United States District Court